ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 APR 21 P 12: 08
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JAVIER CALLEJA-ZARATE, | ) |
| Petitioner, | ) ) ) |
| v. | ) CV 314-015 ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Petitioner's motion to proceed *in forma pauperis* is **DENIED** as **MOOT** (doc. no. 2), and this case is **DISMISSED** for lack of jurisdiction.

SO ORDERED this 21st day of April, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE